## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 08, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 14-90009-E
Case Style: LLY, et al v. Leslie Dudley
District Court Docket No: 3:13-cv-01287-HES-JBT

Please take notice that the following motion has been filed:

MISCELLANEOUS CASE DOCKETED. Petition for permission to appeal pursuant to Class Action Fairness Act filed by Petitioner LLY. Served 05/05/2014 US mail - Attorney for Respondents: Scott, Simmons; email - Attorney for Respondents: Varnell, Warwick.

Any response which a party wishes to file must be received by this office on or before ( MAY 12, 2014 ), after which the motion and the response will be forwarded to the court for ruling without oral argument.

Copies of the court's decision will be sent to all counsel and to pro se parties.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

MOT-1 Motion filed letter